IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY KELCE,

      Plaintiff,             No. 2:01-cv-2350-JAM-JFM (PC)

   vs.

S. CERVANTES, et al.,

      Defendants.      ORDER

_____/

      Pursuant to the June 1, 2010 order of the United States Court of Appeals for the Ninth Circuit, IT IS HEREBY ORDERED that:

    1. This action is held in abeyance while plaintiff pursues his remedies under the California Tort Claims Act;

    2. Plaintiff is directed to inform the court in writing within twenty days of resolution of said claims; and

    3. The Clerk of the Court is directed to administratively close this action.

DATED: August 18, 2010

                                /s/ John A. Mendez
                                U. S. DISTRICT COURT JUDGE

1